[Criminal No. 175.   Filed March 26, 1904.]

[76 Pac. 476.]

ERNEST HALL, Defendant and Appellant, v. TERRITORY OF ARIZONA, Plaintiff and Respondent.

1. CRIMINAL LAW—PRACTICE—APPEAL—REV. STATS. 1901, PEN. CODE, SEC. 1067, CONSTRUED.—No appeal can be taken from a judgment of the district court rendered in a case appealed from a justice court, such appeal being expressly prohibited by the statute, *supra*.

APPEAL from a judgment of the District Court of the Fourth Judicial District in and for the County of Navajo. R. E. Sloan, Judge. Dismissed.

The facts are stated in the opinion.

' Klock & Owen, and W. H. Burbage, for Appellant.

E. W. Wells, Attorney-General, and E. S. Clark, District Attorney, and Joseph E. Morrison, for Respondent. ·

THE COURT.—The appellant in this case was tried before a justice of the peace upon a misdemeanor charge, and was convicted. He appealed to the district court, where a trial *de novo* again resulted in a judgment of conviction. He now seeks to prosecute a further appeal to the supreme court. From this he is debarred by section 1067 of the Penal Code of 1901, which provides: ". . . There shall be no appeal from a judgment of the district court rendered in a case appealed from a justice, police, or recorder's court."

The appeal will therefore be dismissed.